IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOW SERVICE, INC., et al.,

        Plaintiff,

   v.

CITY OF SAN JOSE,

        Defendant.

***E-FILED - 4/7/06***

CASE NO.: C-02-05974-RMW

ORDER CLOSING CASE

     The above-captioned case is conditionally closed. The Clerk of the Court is directed to close the file. After resolution of the state case, any party may move to reopen the case. The closing of this case is for administrative purposes only. The case remains under the Court's jurisdiction for all purposes. This conditional closing has no impact on any statutes of limitations.

IT IS HEREBY ORDERED.


DATED: March 31, 2006

                                          */s/ Ronald M. Whyte*

                                        RONALD M. WHYTE
                                        United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28